```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

DONNA L. CAMP                §
                             §
VS.                          §   CIVIL ACTION NO. 4:11-CV-866-Y
                             §
MICHAEL J. ASTRUE            §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On December 12, 2012, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court reverse and remand the decision of the commissioner of the Social Security Administration denying Plaintiff's claims for widow's insurance benefits under Title II and supplemental security income under Title XVI of the Social Security Act. All parties had until December 26, 2012, to serve and file written objections to the magistrate's findings. Neither party filed objections.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with the findings.

SIGNED January 25, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc